

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC**. and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

On December 9, 2020, we issued an opinion and judgment affirming the trial court's judgment in its entirety. Because no party timely filed a motion for rehearing or motion for reconsideration en banc, our plenary power to vacate or modify our December 9, 2020 judgment expired on March 1, 2021. TEX. R. APP. P. 19.1, 19.3. On May 4, 2021, we issued our mandate in this case. TEX. R. APP. P. 18.1.

On November 24, 2021, appellants filed a "Brief on the Merits" asking us "to reverse the judgment of the trial court and grant to the Plaintiff's [*sic*] Final Judgment." Because our plenary power has expired, we no longer have jurisdiction to review the trial court's judgment. *Id.* R. 19.3; *Real Prop. Located at 404 Fuller Str., Kerrville, Kerr County v. State*, No. 04-21-00016-CV, 2021 WL 1110530, at *1 (Tex. App.—San Antonio Mar. 24, 2021, no pet.) (mem. op.). Accordingly, appellant's November 24, 2021 brief is **STRICKEN**.

It is so **ORDERED** on November 30, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court